526 A.2d 357

Robert L. PATTERSON and Doris F. Patterson, H/W,
Appellants at No. 38,

and

Carl W. WILLIAMS, Jr., and Frances Williams, H/W,
Appellants at No. 43,

v.

RAYMARK INDUSTRIES, INC., et al.

Supreme Court of Pennsylvania.

Argued May 15, 1987.

Decided June 1, 1987.

Norman Perlberger, Mitchel S. Cohen, Larry Haft, Philadelphia, for appellants.

John Patrick Kelley, John Fitzpatrick, Philadelphia, for Pittsburgh Corning Corp.

Joseph W. McGuire, Richard A. Curtis, Philadelphia, James F. Hamill, Jersey City, N.J., for Asbestos Claims Facility defendants.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Matter remanded to Court of Common Pleas of Philadelphia for further consideration in light of *Charles v. Giant Eagle Markets,* 513 Pa. 474, 522 A.2d 1 (1987), this Court retaining jurisdiction.